# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Vim + Vigor, LLC | § | Case No. 17-13830 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DONALD R. LASSMAN, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 118,825.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 117,567.70 |
| Total Expenses of Administration: 23,815.25 | |

3) Total gross receipts of $ 23,815.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 23,815.25 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 2,146,051.16 | $ 2,146,051.16 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,140.82 | 44,140.82 | 23,290.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 525.00 | 525.00 | 525.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 16,397.92 | 16,397.92 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 116,511.89 | 43,878.89 | 43,878.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 116,511.89 | $ 2,250,993.79 | $ 2,250,993.79 | $ 23,815.25 |

4) This case was originally filed under chapter 11 on 10/16/2017 , and it was converted to chapter 7 on 11/17/2017 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2019            By:/s/DONALD R. LASSMAN, Trustee
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| accounts receivalbe | 1121-000 | 2,363.10 |
| Bank Accounts checking 6858 | 1129-000 | 13,407.08 |
| bank accounts 6861 | 1129-000 | 1,242.62 |
| accounts receivalbe | 1129-000 | 1,026.04 |
| BANK ACCOUNTS 5434 | 1229-000 | 376.41 |
| Premium Refund | 1229-000 | 400.00 |
| Settlement with Bank One | 1249-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 23,815.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | MOUNTAIN ONE BANK | 4210-000 | NA | 2,146,051.16 | 2,146,051.16 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 2,146,051.16 | $ 2,146,051.16 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:DONALD R. LASSMAN, TRUSTEE | 2100-000 | NA | 3,131.53 | 3,131.53 | 3,131.53 |
| TRUSTEE EXPENSES:DONALD R. LASSMAN, TRUSTEE | 2200-000 | NA | 20.22 | 20.22 | 20.22 |
| INTERNATIONAL | 2300-000 | NA | 10.62 | 10.62 | 10.62 |
| ASSOCIATED BANK | 2600-000 | NA | 297.70 | 297.70 | 297.70 |
| MASSACHUSETTS DEPARTMENT OF REVENUE | 2820-000 | NA | 1,146.05 | 1,146.05 | 0.00 |
| U.S. TRUSTEE PAYMENT CENTER | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):DEMEO | 3210-000 | NA | 34,387.50 | 34,387.50 | 16,883.12 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):DEMEO | 3220-000 | NA | 1,393.20 | 1,393.20 | 684.02 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):MATRIX FINANCIAL, LLC | 3410-000 | NA | 2,929.00 | 2,929.00 | 1,438.04 |
| APPRAISER FOR TRUSTEE FEES:STANLEY J. PAINE CO., INC. | 3711-000 | NA | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 44,140.82 | $ 44,140.82 | $ 23,290.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR CHAPTER TRUSTEE EXPENSES: DONALD R. LASSMAN, ESQ. | 6102-000 | NA | 525.00 | 525.00 | 525.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 525.00 | $ 525.00 | $ 525.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | MELISSA WEBB | 5300-000 | NA | 7,013.88 | 7,013.88 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 6,946.44 | 6,946.44 | 0.00 |
| 000001A | MASSACHUSETTS DEPARTMENT OF REVENUE | 5800-000 | NA | 2,437.60 | 2,437.60 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 16,397.92 | $ 16,397.92 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arbella P.O. Box 699103 Quincy, MA 02269 | | 7,234.48 | NA | NA | 0.00 |
| | Budget Penske Truck Leasing P.O. Box 827380 Philadelphia, PA 19182 | | 0.00 | NA | NA | 0.00 |
| | Comcast PO Box 6505 Chelmsford, MA 01824 | | 1,490.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Giombetti Electric 401 South Street Marlborough, MA 01752 | | 4,280.00 | NA | NA | 0.00 |
| | Graham Waste 215 Chief Justice Cushing Highway Cohasset, MA 02025 | | 181.00 | NA | NA | 0.00 |
| | HART Supply 500 Pond Park Riad Hingham, MA 02043 | | 4,534.00 | NA | NA | 0.00 |
| | HP P.O. Box 101149 Atlanta, GA 30392 | | 4,500.00 | NA | NA | 0.00 |
| | Health Connector 146 Main Street Worcester, MA 01608 | | 2,692.40 | NA | NA | 0.00 |
| | Hitachi Capital America Corp. 800 Connecticut Ave 4N Norwalk, CT 06854 | | 0.00 | NA | NA | 0.00 |
| | Hurley Group 55 Accord Park Drive Norwell, MA 02061 | | 29,242.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jacobson Floral 500 Albany Street Boston, MA 02118 | | 287.43 | NA | NA | 0.00 |
| | John Sullivan 749 Plymouth Street Holbrook, MA 02343 | | 0.00 | NA | NA | 0.00 |
| | Mountain One Bank 279 Union Street Rockland, MA 02370 | | 0.00 | NA | NA | 0.00 |
| | Murtha Cullina LLP 99 High Street Boston, MA 02110 | | 0.00 | NA | NA | 0.00 |
| | Santee 58 W. 40th Street New York, NY 10012 | | 2,849.58 | NA | NA | 0.00 |
| | Sterling National Bank 400 Rella Blvd. Montebello, NY 10901 | | 0.00 | NA | NA | 0.00 |
| 000003B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 2,297.09 | 2,297.09 | 0.00 |
| 000007 | NATIONAL GRID | 7100-000 | 1,721.00 | 8,606.94 | 8,606.94 | 0.00 |
| 000008 | SUFFOLK ADVISORS, LLC | 7100-000 | 57,500.00 | 30,083.32 | 30,083.32 | 0.00 |
| 000005 | WELLS FARGO TRADE | 7100-000 | NA | 2,849.58 | 2,849.58 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | MASSACHUSETTS DEPARTMENT OF REVENUE | 7400-000 | NA | 41.96 | 41.96 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 116,511.89 | $ 43,878.89 | $ 43,878.89 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 17-13830   JNF   Judge: JOAN N. FEENEY | | | Trustee Name: | DONALD R. LASSMAN, Trustee |
|---|---|---|---|---|---|
| Case Name: | Vim + Vigor, LLC | | | Date Filed (f) or Converted (c): | 11/17/17 (c) |
| | | | | 341(a) Meeting Date: | 01/10/18 |
| For Period Ending: | 11/01/18 | | | Claims Bar Date: | 04/10/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Accounts checking 6858 | 0.00 | 2,000.00 | | 13,407.08 | FA |
| 2. bank accounts 6861 | 2,351.00 | 10,000.00 | | 1,242.62 | FA |
| 3. pending funds/deposits | 4,369.00 | 0.00 | | 0.00 | FA |
| 4. security deposit - suffolk advisors | 45,000.00 | 0.00 | | 0.00 | FA |
| 5. accounts receivalbe | 118,726.00 | 1,000.00 | | 3,389.14 | FA |
| 6. raw materials | 52,732.00 | 4,000.00 | OA | 0.00 | FA |
| 7. work in process | 7,940.00 | 1,000.00 | OA | 0.00 | FA |
| 8. finished goods | 6,474.00 | 1,000.00 | | 0.00 | FA |
| 9. finished goods | 2,310.00 | 1,000.00 | OA | 0.00 | FA |
| 10. corporate domains | Unknown | 0.00 | | 0.00 | FA |
| 11. contracts/customer lists | Unknown | 0.00 | | 0.00 | FA |
| 12. BANK ACCOUNTS 5434 (u) | 0.00 | 300.00 | | 376.41 | FA |
| 13. claw back actions (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 14. Settlement with Bank One (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 15. Premium Refund (u) | 0.00 | 400.00 | | 400.00 | FA |
| TOTALS (Excluding Unknown Values) | $239,902.00 | $20,700.00 | | $23,815.25 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

determining remaining assets for form 1, seeking auction sale and accounting for missing items, working on payment of admin expenses and working with bank on sale terms and conditions.  November 28, 2017, 10:18 am

settlement reahed with landlord and bank.  December 15, 2017, 10:34 am

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 17-13830    JNF    Judge: JOAN N. FEENEY | Trustee Name: | DONALD R. LASSMAN, Trustee |
| Case Name: | Vim + Vigor, LLC | Date Filed (f) or Converted (c): | 11/17/17 (c) |
| | | 341(a) Meeting Date: | 01/10/18 |
| | | Claims Bar Date: | 04/10/18 |

preference and fraud conveyance analysis to be done by cpa.  January 08, 2018, 02:37 pm

prusuing claw back from crfedit card company.  January 10, 2018, 02:58 pm

filed 2004 exam motin for courteny regarding use of corporte funds .  February 20, 2018, 12:33 pm

motion to complel attendance at 2004 exams  filed with the court.  May 01, 2018, 08:06 am

pursuing sanctions against principlas of debtor for failure to appear for examinations.  June 04, 2018, 02:16 pm

filing status report on pursuit of principals and then review lciamsn and clsoe case.  June 18, 2018, 08:44 am

filed abandonment of claims agaisnt principals.  August 27, 2018, 11:14 am

ready for tfr once get fee app from cpa.  September 20, 2018, 07:41 am

Initial Projected Date of Final Report (TFR): 12/31/19      Current Projected Date of Final Report (TFR): 12/31/19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 17-13830 -JNF | Trustee Name: | DONALD R. LASSMAN, Trustee |
|---|---|---|---|
| Case Name: | Vim + Vigor, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4334  Checking Account |
| Taxpayer ID No: | *******8692 | | |
| For Period Ending: | 04/07/19 | Blanket Bond (per case limit): | $ 27,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 22.01

Exhibit 9

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-13830 -JNF | | Trustee Name: | DONALD R. LASSMAN, Trustee |
|---|---|---|---|---|
| Case Name: | Vim + Vigor, LLC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4359  Checking Account |
| Taxpayer ID No: | *******8692 | | | |
| For Period Ending: | 04/07/19 | | Blanket Bond (per case limit): | $ 27,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/28/17 | 5 | OCEAN EDGE RESORT LIMITED PARTNERSHIP | PAYMENT ON ACCOUNT | 1121-000 | 2,279.39 | | 2,279.39 |
| 12/04/17 | 12 | BANK OF AMERICA | BANK ACCOUNT TURNOVER | 1229-000 | 376.41 | | 2,655.80 |
| 12/04/17 | 2 | BANK OF AMERICA | BANK ACCOUNT TURNOVER | 1129-000 | 1,242.62 | | 3,898.42 |
| 12/04/17 | 1 | BANK OF AMERICA | BANK ACCOUNT TURNOVER | 1129-000 | 13,407.08 | | 17,305.50 |
| 12/05/17 | 5 | OCEAN EDGE RESORT LP | PAYMENT ON ACCOUNT | 1129-000 | 1,026.04 | | 18,331.54 |
| 12/05/17 | 5 | NEW PROVIDENCE BUSINESS & PROFESSIONAL ASSOCIATION | PAYMENT ON ACCOUNT | 1121-000 | 23.63 | | 18,355.17 |
| * 12/15/17 | 5 | CHRISTOPHER and HELANE CHILDS | PAYMENT ON ACCOUNT DEPOSIT MADE ON 12/14/17 | 1221-003 | 60.80 | | 18,415.97 |
| * 12/18/17 | 5 | CHRISTOPHER and HELANE CHILDS | PAYMENT ON ACCOUNT incorrect deposit amount entered | 1221-003 | -60.80 | | 18,355.17 |
| 12/18/17 | 5 | CHRISTOPHER and HELANE CHILDS | PAYMENT ON ACCOUNT DEPOSIT MADE ON 12/14/17 | 1121-000 | 60.08 | | 18,415.25 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.97 | 18,390.28 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.34 | 18,362.94 |
| 02/10/18 | 030001 | STANLEY J. PAINE CO., INC. 373 BOYLSTON STREET UNIT A NEWTON, MA 02459 | allowed fee | 3711-000 | | 500.00 | 17,862.94 |
| 02/21/18 | 15 | GLOBAL SURETY LLC | REFUND OF BOND PREMIUM | 1229-000 | 400.00 | | 18,262.94 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.62 | 18,238.32 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.11 | 18,211.21 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.20 | 18,185.01 |
| 05/10/18 | 14 | MOUNTAIN ONE | SETTLEMENT PAYMENT PER RY 63 | 1249-000 | 5,000.00 | | 23,185.01 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.31 | 23,152.70 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.31 | 23,119.39 |

Page Subtotals    23,815.25    695.86

Ver: 22.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 17-13830 -JNF | | Trustee Name: | DONALD R. LASSMAN, Trustee |
|---|---|---|---|---|
| Case Name: | Vim + Vigor, LLC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4359  Checking Account |
| Taxpayer ID No: | *******8692 | | | |
| For Period Ending: | 04/07/19 | | Blanket Bond (per case limit): | $ 27,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/18 | 030002 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | BOND PREMIUM<br>BOND #016027600 | 2300-000 | | 10.62 | 23,108.77 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.38 | 23,074.39 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.31 | 23,040.08 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.15 | 23,006.93 |
| 10/25/18 | | Trsf To BofI Federal Bank | FINAL TRANSFER | 9999-000 | | 23,006.93 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 23,815.25 | 23,815.25 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 23,006.93 | |
| Subtotal | 23,815.25 | 808.32 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 23,815.25 | 808.32 | |

Page Subtotals   0.00   23,119.39

Ver: 22.01

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-13830 -JNF | | Trustee Name: | DONALD R. LASSMAN, Trustee |
|---|---|---|---|---|
| Case Name: | Vim + Vigor, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0185  Checking Account |
| Taxpayer ID No: | *******8692 | | | |
| For Period Ending: | 04/07/19 | | Blanket Bond (per case limit): | $ 27,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/25/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 23,006.93 | | 23,006.93 |
| 02/06/19 | 002001 | DONALD R. LASSMAN, TRUSTEE<br>POST OFFICE BOX 920385<br>NEEDHAM, MA  02492 | Chapter 7 Compensation/Fees | 2100-000 | | 3,131.53 | 19,875.40 |
| 02/06/19 | 002002 | DONALD R. LASSMAN, TRUSTEE<br>POST OFFICE BOX 920385<br>NEEDHAM, MA  02492 | Chapter 7 Expenses | 2200-000 | | 20.22 | 19,855.18 |
| 02/06/19 | 002003 | DONALD R. LASSMAN, ESQ.<br>P.O. BOX 920385<br>NEEDHAM, MA  02492 | Trustee Expenses (Chapter 11) | 6102-000 | | 525.00 | 19,330.18 |
| 02/06/19 | 002004 | U.S. Trustee Payment Center<br><B>(ADMINISTRATIVE)</B><br>P.O. Box 530202<br>Atlanta, GA 30353-0202 | Claim 000004A, Payment 100.00000%<br>(4-1) U.S. Trustee Quarterly Fees -<br>Post-Petition Administrative Claim | 2950-000 | | 325.00 | 19,005.18 |
| 02/06/19 | 002005 | DEMEO, LLP<br>ATTN:  ALEX MATTERA, ESQ.<br>200 STATE STREET<br>BOSTON, MA 02109 | Attorney for Trustee Expenses (Othe | 3220-000 | | 684.02 | 18,321.16 |
| 02/06/19 | 002006 | DEMEO, LLP<br>ATTN:  ALEX MATTERA, ESQ.<br>200 STATE STREET<br>BOSTON, MA 02109 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 16,883.12 | 1,438.04 |
| 02/06/19 | 002007 | MATRIX FINANCIAL, LLC<br>372 WASHINGTON STREET<br>WELLESLEY, MA  02481 | Accountant for Trustee Fees (Other | 3410-000 | | 1,438.04 | 0.00 |

Page Subtotals      23,006.93      23,006.93

Ver: 22.01

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 17-13830 -JNF | Trustee Name: | DONALD R. LASSMAN, Trustee |
|---|---|---|---|
| Case Name: | Vim + Vigor, LLC | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0185  Checking Account |
| Taxpayer ID No: | *******8692 |  |  |
| For Period Ending: | 04/07/19 | Blanket Bond (per case limit): | $ 27,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 23,006.93 | 23,006.93 | 0.00 |
|  |  |  | Less:  Bank Transfers/CD's |  | 23,006.93 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 23,006.93 |  |
|  |  |  | Less:  Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 0.00 | 23,006.93 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking Account - ********4334 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4359 | 23,815.25 | 808.32 | 0.00 |
| Checking Account - ********0185 | 0.00 | 23,006.93 | 0.00 |
|  | 23,815.25 | 23,815.25 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 22.01